JUDGE HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :   INDICTMENT

    - v. -                       :   08 Cr.

JEAN BOWLES,                      :

               Defendant.        :

- - - - - - - - - - - - - - - - - -x

08 CRIM 026

## COUNT ONE

The Grand Jury charges:

From at least in or about November 13, 2001, through on or about December 4, 2007, in the Southern District of New York and elsewhere, JEAN BOWLES, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use and the use of another, money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development ("HUD"), and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, JEAN BOWLES received federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641)

_____         _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JEAN BOWLES,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*          01/07/08
Foreperson.