

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York  10007

JAN 14 2008

January 11, 2008

**BY HAND**

The Honorable Richard J. Holwell
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Ste. 1950
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/08
```

Re: United States v. Jean Bowles,
    08 CR 026 (RJH)

Dear Judge Holwell:

The above-referenced matter was assigned to Your Honor on January 7, 2008, and I respectfully enclose a copy of the Indictment. Your Honor referred the matter to a magistrate judge for arraignment. At yesterday's arraignment, Magistrate Judge Kevin Fox excluded time pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), for two weeks.

① An initial conference has been set in this matter on February 21, 2008 at 12:00 p.m. The Government respectfully requests that the Court exclude time under the Speedy Trial Act through the initial conference. The ends of justice served by
② such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government time to collect and produce discovery to the defendant and the defense to review that discovery. The Government and defense counsel will also be able to discuss a potential disposition of this matter. Defense counsel consents to this request for the exclusion of time.

*Such exclusion is in the interests of justice*

**SO ORDERED**

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

1/16/08

Hon. Richard J. Holwell
January 11, 2008
Page 2

    Therefore, the Government respectfully requests that the Court exclude time through the initial conference on February 21, 2008.

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney
    Southern District of New York

By:   *Rebecca Rohr* (signature)
    Rebecca A. Rohr
    Assistant U.S. Attorney
    (212) 637-2531

Enclosure

cc: Deirdre Von Dornum, Esq., Attorney for Defendant