

**U.S. Department of Justice**

United States Attorney
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 10, 2008

RECEIVED APR 10 2008 CHAMBERS OF RICHARD J. HOLWELL

**BY FACSIMILE**

The Honorable Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl Street, Ste. 17B
New York, New York 10007

      Re:    United States v. Jean Bowles,
            08 CR 26 (RJH)

Dear Judge Holwell:

    The Government has been informed by Your Honor's deputy that the ~~sentencing~~ conference previously scheduled in this matter on April 25, 2008 has been adjourned until May 2, 2008. The Government respectfully requests that the Court exclude time from April 25, 2008 until May 2, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the parties to discuss a potential disposition of the case. Defense counsel consents to this request for the exclusion of time. A proposed order granting the requested exclusion of time is enclosed.

*Conference adjourned to 5/2/08. Time is excluded under the STA for the reasons stated above from today to 5/2/08.*

*SO ORDERED*
*[signature]*
*RJH*
*4/10/08*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *Rebecca Rohr* [signature]
Rebecca A. Rohr
Assistant United States Attorney
(212) 637-2531

Enclosure

cc (via fax): Deirdre Von Dornum, Esq.