

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 30, 2008

**BY FACSIMILE**

The Honorable Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl Street, Ste. 17B
New York, New York 10007

RECEIVED APR 30 2008
CHAMBERS OF
RICHARD J. HOLWELL

    Re:    United States v. Jean Bowles,
            08 CR 26 (RJH)

Dear Judge Holwell:

    The Government has been informed by Your Honor's deputy that the parties should have the defendant's plea of guilty heard before a magistrate judge instead of having the plea heard before Your Honor at the scheduled conference in this matter on May 2, 2008. The parties have scheduled the plea hearing on May 9, 2008 at 10:00 a.m. The Government respectfully requests that the Court exclude time from May 2, 2008 until May 9, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the parties to discuss a potential disposition of the case. Defense counsel consents to this request for the exclusion of time. A proposed order granting the requested exclusion of time is enclosed.

*Application Granted*
*for the reasons stated above*
*So Ordered*
*[signature]*
*USDJ*
*4/30/08*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
Rebecca A. Rohr
Assistant United States Attorney
(212) 637-2531

Enclosure

cc (via fax):    Deirdre Von Dornum, Esq.