UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

------------------------------- x

UNITED STATES OF AMERICA

  - v -

JEAN BOWLES

          Defendant.
------------------------------- x

**ORDER**

08 Cr. 00026 (RJH)

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before United States Magistrate Judge G. Gorenstein, on May 09, 2008;

WHEREAS, a transcript of the allocution was made; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED

Dated: New York, New York
      May 29, 2008

                                        _____
                                        Richard J. Holwell
                                        United States District Judge